IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ardell P. Jones,                :

        Plaintiff,        :         Case No. 2:08-cv-26

  v.                              :         JUDGE MARBLEY

Timothy Brunsman, et al.,       :

        Defendants.       :

ORDER

    The Court has received from plaintiff a notice of appeal and an application to proceed in forma pauperis on appeal. The request will be evaluated under 28 U.S.C. §1915(b)(1). Plaintiff's affidavit reveals that he currently possesses the sum of $19.67 in his prison account which is insufficient to pay the full filing fee. His application indicates that his average monthly balance for a six-month period prior to filing his application to proceed in forma pauperis was $.22. His application further indicates that his average monthly deposits for a six-month period prior to filing his application to proceed in forma pauperis were $51.83. In accordance with 28 U.S.C. §1915(b)(1), plaintiff must pay an initial partial filing fee of 20 percent of the greater of these amounts. The greater amount is $51.83; therefore, plaintiff's initial partial filing fee is $10.37 ($51.83 x .20 = $10.37). That sum should be deducted from plaintiff's prisoner account, when funds are available, until the initial partial filing fee is paid.

    Once the initial partial filing fee is paid, the prison cashier's office shall deduct and forward to the Court 20% of the preceding month's income credited to the prisoner's account if,

during that month, the balance of that account exceeded $10,
until the full $455.00 fee has been paid.  28 U.S.C. §1915(b)(2).
If plaintiff is transferred to another prison, the cashier should
forward this Order to that institution's cashier so that the
cashier can collect and remit the monthly partial payment.

Checks are to be made payable to:

>Clerk, U.S. District Court

Checks are to be sent to:

>Prisoner Accounts Receivable
>260 U.S. Courthouse
>85 Marconi Blvd.
>Columbus, OH  43215

The prisoner's name and case number must be noted on each
remittance.

A prisoner may not be prohibited from appealing a judgment
entered in a civil action because he has no assets and no means
to pay the initial filing fee.  28 U.S.C. §1915(b)(4).  If
plaintiff does not currently possess the funds to
pay the initial filing fee, the amount assessed by this Court
will be collected from plaintiff's prison account when such funds
become available.

The Clerk of Court is DIRECTED to mail a copy of this Order
and the attached instructions, which are hereby incorporated
herein, to the plaintiff and the prison cashier's office.  The
Clerk is FURTHER DIRECTED to forward a copy of this Order to the
Court's financial office in Columbus and to the Clerk of the
United States Court of Appeals for the Sixth Circuit.

The Court further DECLINES to certify that the appeal is not
taken in good faith.

>>s/Algenon L. Marbley
>>Algenon L. Marbley

United States District Judge